B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WSG Coral Springs, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**65-1066909** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**2286 NE 123d Street**<br>**North Miami, FL** | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| ZIP Code **33181** | ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 546918**<br>**Miami Beach, FL** | Mailing Address of Joint Debtor (if different from street address): |
| ZIP Code **33154** | ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **N Alafaya Trail**<br>**Orlando, FL 32828** |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                          **Page 2**

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**WSG Coral Springs, LP** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)            (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>  _____<br>  (Name of landlord that obtained judgment)<br><br><br>  _____<br>  (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**WSG Coral Springs, LP** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

| | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br>    Signature of Debtor<br><br>**X** _____<br>    Signature of Joint Debtor<br><br>    _____<br>    Telephone Number (If not represented by attorney)<br><br>    _____<br>    Date | **X** _____<br>    Signature of Foreign Representative<br><br>    _____<br>    Printed Name of Foreign Representative<br><br>    _____<br>    Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Jason H. Klein_____<br>    Signature of Attorney for Debtor(s)<br><br>    **Jason H. Klein 0016687**<br>    Printed Name of Attorney for Debtor(s)<br><br>    **Latham, Shuker, Eden & Beaudine, LLP**<br>    Firm Name<br>    **PO Box 3353**<br>    **Orlando, FL 32802-3353**<br><br>    _____<br>    Address<br><br>    **(407) 481-5800  Fax: (407) 481-5801**<br>    Telephone Number<br><br>    **November 26, 2012**<br>    Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>    _____<br>    Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>    _____<br>    Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>    _____<br>    Address<br><br>**X** _____<br><br>    _____<br>    Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Eric D Sheppard_____<br>    Signature of Authorized Individual<br><br>    **Eric D Sheppard**<br>    Printed Name of Authorized Individual<br><br>    **Mnging Mbr of WSG Coral Springs GP, LLC, its general partner**<br>    Title of Authorized Individual<br><br>    **November 26, 2012**<br>    Date | Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Middle District of Florida

In re  **WSG Coral Springs, LP**         Case No. _____
                 Debtor(s)       Chapter     **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____**N/A**_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets                               $_____**0.00**

   b. Total debts (including debts listed in 2.c., below)     $_____**0.00**

   c. Debt securities held by more than 500 holders:

| | | | Approximate number of holders: |
|---|---|---|---|
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | **0** |
| secured ☐ unsecured ☐ subordinated ☐ | $ | **0.00** | **0** |

   d. Number of shares of preferred stock            **0**         **0**

   e. Number of shares common stock              **0**         **0**

     Comments, if any:
     **Privately-held Delaware limited partnership**

3. Brief description of Debtor's business:
     **Real Estate holding/development**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
     **WSG Coral Springs GP, LLC - 1% General Partner**
     **Eric D Sheppard - 39.5% Limited Partner**
     **Philip Wolman - 39.5% Limited Partner**
     **SO Revocable Trust - 6% Limited Partner**
     **RSFGA Waterford - 4% Limited Partner**
     **RSS Waterford - 10% Limited Partner**

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **WSG Coral Springs, LP**                                               Case No. _____
                                         Debtor(s)                        Chapter        **11** _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **CDS Sitework & Trucking Inc Attn:  Pres/Gen Mgr 12601 Avalong Road Winter Garden, FL 34787** | **CDS Sitework & Trucking Inc Attn:  Pres/Gen Mgr 12601 Avalong Road Winter Garden, FL 34787** | **Breach of Contract lawsuit 48-2008-CA-16081-O Div 32 (with interest from 06/30/2008)** | **Disputed** | **1,697,228.43** |
| **Chiodini Associates 1401 S Brentwood Blvd #425 St Louis, MO 63144** | **Chiodini Associates 1401 S Brentwood Blvd #425 St Louis, MO 63144** | **Services** | | **70,000.00** |
| **HM Eight, LLC c/o HM Eight Manager, LLC 12000 Biscayne Blvd, Ste 508 N Miami, FL 33181** | **HM Eight, LLC c/o HM Eight Manager, LLC 12000 Biscayne Blvd, Ste 508 N Miami, FL 33181** | **Loan** | | **2,427,036.64** |
| **Holland & Knight Attn:  Mging Partner 10 Grove Street Cherry Hill, NJ 08002** | **Holland & Knight Attn:  Mging Partner 10 Grove Street Cherry Hill, NJ 08002** | **Legal Fees** | | **7,000.00** |
| **Joe Fish 1045 Tulloss Road Franklin, TN 37067** | **Joe Fish 1045 Tulloss Road Franklin, TN 37067** | **Loan** | | **20,000.00** |
| **Todd Hoepker Esq Todd Hoepker PA 55 E Pine Street Orlando, FL 32801** | **Todd Hoepker Esq Todd Hoepker PA 55 E Pine Street Orlando, FL 32801** | **Legal Fees** | | **50,000.00** |
| **UP Development c/o Scott Fish 1045 Tullose Road Franklin, TN 37057** | **UP Development c/o Scott Fish 1045 Tullose Road Franklin, TN 37057** | **Loan** | | **50,000.00** |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re    **WSG Coral Springs, LP**                                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Mnging Mbr of WSG Coral Springs GP, LLC, its general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **November 26, 2012**                Signature   **/s/ Eric D Sheppard**
                                                         **Eric D Sheppard**
                                                         **Mnging Mbr of WSG Coral Springs GP, LLC, its general partner**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Middle District of Florida

In re    **WSG Coral Springs, LP**_____,    Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Eric D Sheppard**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **39.5% Limited Partner** |
| **Philip Wolman**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **39.5% Limited Partner** |
| **RSFGA Waterford**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **4% Limited Partner** |
| **RSS Waterford**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **10% Limited Partner** |
| **SO Revocable Trust**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **6% Limited Partner** |
| **WSG Coral Springs GP, LLC**<br>**c/o WSG Development Co**<br>**PO Box 546918**<br>**Miami Beach, FL 33154** | **N/A** | **N/A** | **1% - General Partner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Mnging Mbr of WSG Coral Springs GP, LLC, its general partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**November 26, 2012**_____    Signature **/s/ Eric D Sheppard**_____

**Eric D Sheppard**

**Mnging Mbr of WSG Coral Springs GP, LLC, its general p**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Middle District of Florida

In re   **WSG Coral Springs, LP**
_____
                                    Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Mnging Mbr of WSG Coral Springs GP, LLC, its general partner of the partnership named as the debtor in this case, hereby

verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November 26, 2012**
_____

**/s/ Eric D Sheppard**
_____
**Eric D Sheppard/Mnging Mbr of WSG Coral Springs GP, LLC, its
general partner**
Signer/Title

WSG Coral Springs, LP
PO Box 546918
Miami Beach, FL 33154

James Shepard Esq
145 Middle Street Ste 1121
Lake Mary, FL 32746

RSF GA Waterford
PO Box 546918
Miami Beach, FL 33154

.

Jason H. Klein
Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, FL 32802-3353

Jason Block Esq
Berman Rennert
100 SE 2d Street, Ste 2900
Miami, FL 33131

RSS Waterford
PO Box 546918
Miami Beach, FL 33154

Branch Banking & Trust Co
c/o Stephen P Drobny Esq
Jones Walker
201 S Biscayne Blvd Ste 2600
Miami, FL 33131

Jason R Block, Esq
a/f WSG Coral Springs
Bennan Rennert
100 SE 2nd St, Suite 2900
Miami, FL 33131

SO Revocable Trust
PO Box 546918
Miami Beach, FL 33154

CDS Sitework & Trucking Inc
Attn: Pres/Gen Mgr
12601 Avalong Road
Winter Garden, FL 34787

Jim McCrae Esq
1349 International Pkwy S
Suite 2421
Lake Mary, FL 32746

Stuart Levine Esq
Thomas Valentine Esq
601 Bayshore Blvd Ste 720
Tampa, FL 33606

CDS Sitework & Trucking Inc
c/o Leslie K O'Neal Esq
3906 S Summerlin Ave
Orlando, FL 32806

Joe Fish
1045 Tulloss Road
Franklin, TN 37067

Todd Hoepker Esq
Todd Hoepker PA
55 E Pine Street
Orlando, FL 32801

Chiodini Associates
1401 S Brentwood Blvd #425
St Louis, MO 63144

Kenneth Huto Esq
842 S Missouri Ave
Lakeland, FL 33815

Travis Fulford Esq
505 Maitland Ave Ste 1000
Altamonte Springs, FL 32701

Dawn Giebler-Millner Esq
Greenberg Traurig
450 S Orange Ave #650
Orlando, FL 32802

Leslie K O'Neal Esq
3906 S Summerlin Ave
Orlando, FL 32806

UP Development
c/o Scott Fish
1045 Tullose Road
Franklin, TN 37057

Eric D Sheppard
PO Box 546918
Miami Beach, FL 33154

Michael Crosbie Esq
Michelle Sullivan Esq
300 S Orange Ave Ste 1000
Orlando, FL 32801

William Asma Esq
884 S Dillard Street
Winter Garden, FL 34787

HM Eight, LLC
c/o HM Eight Manager, LLC
12000 Biscayne Blvd, Ste 508
N Miami, FL 33181

Michael Krekstein Esq
Fineman, Krekstein & Harris
1735 Market Street, Ste 600
Philadelphia, PA 19103

WSG Coral Springs GP, LLC
c/o WSG Development Co
PO Box 546918
Miami Beach, FL 33154

Holland & Knight
Attn: Mging Partner
10 Grove Street
Cherry Hill, NJ 08002

Philip Wolman
PO Box 546918
Miami Beach, FL 33154