# United States Bankruptcy Court
## Middle District of Florida

In re   **WSG Coral Springs, LP**                               Case No. _____
                                    Debtor(s)                   Chapter   **11**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____**Jason H. Klein**_____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

__11/26/12__                    _/s/ Jason H. Klein_
Executed on (Date)              Jason H. Klein, Esq
                                Debtor's Counsel

Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Voluntary Petition | 11/26/2012 |
| Corporate Ownership Statement | 11/26/2012 |