## United States Bankruptcy Court
### Middle District of Florida

In re   WSG Coral Springs, LP                                    Case No.   6:12-bk-15882-KSJ
                              Debtor(s)                          Chapter    11

### DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned,   Eric D Sheppard  , declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above-captioned case.

12/10/2012
Executed on (Date)

Eric D Sheppard
Managing Member of WSG Coral Springs GP, LLC, the Debtor's General Partner

Verified Document(s):

| Full Descriptive Title | Date Executed |
|---|---|
| Declaration Concerning Debtor's Schedule | 12/10/2012 |
| Declaration regarding Statement of Financial Affairs | 12/10/2012 |