UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 6:12-bk-15882-KSJ |
| WSG Coral Springs, LP | } | |
| | } | JUDGE KAREN S JENNEMANN |
| | } | |
| DEBTOR | } | CHAPTER 11 |

### DEBTOR'S MONTHLY OPERATING REPORTS (BUSINESS)

### FOR THE PERIOD

### FROM 11/26/2012 TO 11/30/2012

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Date: 01/11/13

Attorney for Debtor's Signature

Debtor's Address
and Phone Number:

Attorney's Address
and Phone Number:

PO Box 546918
Miami Beach, FL 33154

Latham, Shuker, Eden & Beaudine, LLP
PO Box 3353
Orlando, Florida 32802-3353
(407) 481-5800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 11/26/2012 AND ENDING 11/30/2012

| Name of Debtor: | WSG CORAL SPRINGS LP | Case Number: | 6:12-BK-15882-KSJ |
|---|---|---|---|
| Date of Petition: | November 26, 2012 | | |

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 27.80 (a) | 27.80 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | | |
| Minus: Cash Refunds | | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts (See MOR-3) | | |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | 27.80 | 27.80 |
| 5. DISBURSEMENTS | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments (See Attach. 2) | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net (See Attachment 5A) | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments (See Attach. 2) | | |
| O. Taxes Paid - Payroll (See Attachment 4C) | | |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | | |
| Q. Taxes Paid - Other (See Attachment 4C) | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses (See MOR-3) | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 0 | 0 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) (e) | 27.80 (c) | 27.80 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.
This _11th_ day of _Jan_, 20 _13_

_____
(Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly

MOR-2

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL OTHER RECEIPTS |  |  |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL OTHER DISBURSEMENTS |  |  |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor:      WSG CORAL SPRINGS LP          Case Number:     6:12-BK-15882-KSJ

Reporting Period beginning:          11/26/2012       and ending:          11/30/2012

ACCOUNTS RECEIVABLE AT PETITION DATE:

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, prepetition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ _____ | (a) |
| PLUS: Current Month New Bil | $ _____ | |
| MINUS: Collection During the Month | $ _____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $ _____ | * |
| End of Month Balance | $ _____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____

_____

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable) See Note 1

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: _____WSG Coral Springs LP_____   Case Number: _____6:12-BK-15882-KSJ_____

Reporting Period beginning: _____11/26/12_____ and ending: _11/30/12_____

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL AMOUNT** | | | | _____ (b) |

☐  Check here if prepetition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | _____ (a) |
| PLUS: New Indebtedness Incurred This Month | _____ |
| MINUS: Amount Paid on Post-Petition Accounts Payable This Month | _____ |
| PLUS/MINUS: Adjustments | _____ * |
| Ending Month Balance | _____ (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Petition Payments Delinquent |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | | _____ (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page  MOR-2, Line 5N).

## ATTACHMENT 3

### INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: WSG Coral Springs LP          Case Number:          6:12-BK-15882-KSJ

Reporting Period beginning: 11/26/2012          and end          '11/30/2012

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:          N/A          **(a)
INVENTORY RECONCILIATION:
Inventory Balance at Beginning of Month
PLUS: Inventory Purchased During Month
MINUS: Inventory Used or Sold
PLUS/MINUS: Adjustments or Write-downs          *
Inventory on Hand at End of Month          **

METHOD OF COSTING INVENTORY:

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 Months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| | | | | * |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory:

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month          (a)(b)
          MINUS: Depreciation Expense
          PLUS: New Purchases
          PLUS/MINUS: Adjustments or Write-downs          *
Ending Monthly Balance

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
  Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: WSG CORAL SPRINGS LP            Case Number:        6:12-BK-15882-KSJ

Reporting Period beginning:    11/26/2012          and ending  11/30/2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: BANK OF AMERICA            BRANCH:  FT LAUDERDALE

ACCOUNT NAME WSG CORAL SPRINGS LP            ACCOUNT NUMBER:  898031168864

PURPOSE OF ACCOUNT: __OPERATING

| | |
|---|---|
| Ending Bank Balance per Bank Statement | $27.80 |
| Plus Total Amount of Outstanding Deposits | |
| Minus Total Amount of Outstanding Checks and other debits | * |
| Minus Service Charges | |
| Ending Balance per Check Register | $27.80          **(a) |

*Debit cards are used by  _____

**If Closing Balance is negative, provide explanation:  _____

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | |
|---|---|
| N/A | Transferred to Payroll Account |
| N/A | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# Bank of America

H

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Page 1 of 3
Statement Period
11/01/12 through 11/30/12
E0  P PA  0A 60                    0310889
Enclosures 0
Account Number  8980 3116 8864

03075 001 SCH999

WSG CORAL SPRINGS LP
PO BOX 403061
MIAMI BEACH, FL  33140-1061

Customer Service Information
www.bankofamerica.com

For additional information or service you may write to:                    Or you may write to:
1-866-400-9600                                                            Bank of America, N.A.
                                                                          P.O. Box
                                                                          Tampa, Florida 33622-5118

This holiday season, you can make 3 times the difference in the fight against hunger. For every $1 you give from now until January 7, 2013, we'll give $2, up to a maximum total match of $1,500,000. Together, we'll help provide thousands of meals to people in need through Feeding America's Give a Meal campaign. To give, visit www.bankofamerica.com/give.

## Deposit Accounts

## Full Analysis Business Checking

### WSG CORAL SPRINGS LP

#### Your Account at a Glance

| Account Number | XXXX XXXX 8864 | Statement Beginning Balance | $27.80 |
|---|---|---|---|
| Statement Period | 11/01/12 through 11/30/12 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $0.00 |
| Number of Withdrawals/Debits | 0 | Statement Ending Balance | $27.80 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $27.80 |

H

WSG CORAL SPRINGS LP

Page 2 of 3
Statement Period
11/01/12 through 11/30/12
E0   P   PA   0A 60
Enclosures 0
Account Number   8980 3116 8864

## Daily Ledger Balances

| Date | Balance ($) |
|------|-------------|
| 11/01 | 27.80 |

H

0310891

## How To Balance Your Bank of America Account

**FIRST, start with your Account Register/Checkbook**

| | |
|---|---|
| 1. List your Account Register/Checkbook Balance here | $ _____ |
| 2. Subtract any service charges or other deductions not previously recorded that are listed on this statement | $ _____ |
| 3. Add any credits not previously recorded that are listed on this statement (for example interest) | $ _____ |
| 4. This is your NEW ACCOUNT REGISTER BALANCE | $ _____ |

**NOW, with your Account Statement:**

| | |
|---|---|
| 1. List your Statement Ending Balance here | $ _____ |
| 2. Add any deposits not shown on this statement | $ _____ |
| | _____ |
| | _____ |

**SUBTOTAL**  $ _____

3. List and total all outstanding checks, ATM, Check Card and other electronic withdrawals

| Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | | Checks, ATM, Check Card, Electronic Withdrawals | |
|---|---|---|---|---|---|
| Date/Check # | Amount | Date/Check # | Amount | Date/Check # | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

4. TOTAL OF OUTSTANDING CHECKS, ATM, Check Card and other electronic withdrawals _____  $ _____

5. Subtract total outstanding checks, ATM, Check Card and other electronic withdrawals from Subtotal
This Balance should match your new Account Register Balance _____  $ _____

Upon receipt of your statement, differences, if any, should be reported to the bank promptly in writing and in accordance with provisions in your deposit agreement.

### IMPORTANT INFORMATION FOR BANK DEPOSIT ACCOUNTS

**Change of Address.** Please call us at the telephone number listed on the front of this statement for a change of address.

**Deposit Agreement.** When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship, may be obtained at our banking centers.

**Electronic Transfers: In case of errors or questions about your electronic transfers**
If you think your statement or receipt is wrong or if you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

* Tell us your name and account number.
* Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
* Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting Other Problems.** You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree not to make a claim against us for the problems or unauthorized transactions.

**Direct Deposits.** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.



Bank of America, N.A. Member FDIC and     Equal Housing Lender

## ATTACHMENT 5A

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor:  WSG CORAL SPRINGS LP          Case Number:     6:12-BK-15882-KSJ

Reporting Period beginning:  11/26/2012 _____ and ending:     11/30/2012

NAME OF BANK  Bank of America          BRANCH:     Ft. Lauderdale

ACCOUNT NAME:
                        WSG CORAL SPRINGS LP
ACCOUNT NUMBER:     898031168864

PURPOSE OF ACCOUNT:          OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL                                                          N/A

## ATTACHMENT 4B

### MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor:    WSG CORAL SPRINGS LP        Case Number:    6:12-BK-15882-KSJ

Reporting Period beginning:    11/26/2012    and ending:    11/30/2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.

NAME OF BANK:                    BRANCH:

ACCOUNT NAME:                    ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:    PAYROLL

Ending Balance per Bank Statement
Plus Total Amount of Outstanding Deposits
Minus Total Amount of Outstanding Checks and other debits                    *
Minus Service Charges
Ending Balance per Check Register

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**

The following disbursements were paid in Cash:        (  ☐  Check here if cash disbursements were authorized by
                                                                                    United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**

**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor:     WSG CORAL SPRINGS LP          Case Number:     6:12-BK-15882-KSJ

Reporting Period beginning:     11/26/2012          and ending:     11/30/2012

NAME OF BANK:                                         BRANCH:

ACCOUNT NAME:

N/A

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:                    PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor:     WSG CORAL SPRINGS LP                Case Number:        6:12-BK-15882-KSJ

Reporting Period beginning:     11/26/2012            and ending:        11/30/2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank
reconciliation form can be found on the United States Trustee website, http:/www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK:     _____     BRANCH:     _____

ACCOUNT NAME:     _____     ACCOUNT NUMBER:     _____

PURPOSE OF ACCOUNT:            TAX     _____

      Ending Bank Balance per Bank Statement          _____
      Plus Total Amount of Outstanding Deposits          _____
      Minus Total Amount of Outstanding Checks and other debits          _____
      Minus Service Charges          _____
      Ending Balance per Check Register          _____

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**     _____

The following disbursements were paid by Cash:            ( ☐ Check here if cash disbursements were authorized by
      United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule
   of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

### CHECK REGISTER - TAX ACCOUNT

Name of Debtor:        WSG CORAL SPRINGS LP              Case Number:      6:12-BK-15882-KSJ

Reporting Period beginning:    11/26/2012          and ending:    11/30/2012

NAME OF BANK:                              BRANCH:

ACCOUNT NAME:                             ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:              TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                            (d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | (a) |
| Sales & Use Taxes Paid | (b) |
| Other Taxes Paid | (c) |
| TOTAL | (d) |

(a) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5O)

(b) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5P)

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q)

(d) These two lines must be equal

## ATTACHMENT 4D

### INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                              _____ (a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash In Drawer/Acct. | (Column 3) Amount of Petty Cash on Hand At End of Month | (Column 4) Difference Between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| **TOTAL** | _____ | _____ (b) | _____ |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation.**

_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**                    _____ (c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4E**

### MONTHLY SUMMARY OF BANK ACTIVITY - LOCKBOX ACCOUNT

Name of Debtor:  WSG Coral Springs LP          Case Number:     6:12-BK-15882-KSJ

Reporting Period beginning:  11/26/2012          and ending  11/30/2012

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States

NAME OF BANK: _____          BRANCH: _____

ACCOUNT NAME¹_____          ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:          _____

    Ending Bank Balance per Bank Statement
    Plus Total Amount of Outstanding Deposits
    Minus Total Amount of Outstanding Checks and other debits          *
    Minus Service Charges
    Ending Balance per Check Register          **(a)

**\*Debit cards are used by** _____

**\*\*If Closing Balance is negative, provide explanation:** _____

**The following disbursements were paid in Cash**
( ☐ **Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |
|      |        |       |         |                              |

#### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

    N/A _____ Transferred to Payroll Account
    N/A _____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5E

### CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: WSG Coral Springs LP          Case Number:     6:12-BK-15882-KSJ

Reporting Period beginning: 11/26/2012          and ending:     11/30/2012

NAME OF BANK_____     BRANCH:     _____

ACCOUNT NAME:

ACCOUNT NUMBER:

PURPOSE OF ACCOUNT:

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL                                                       N/A

## ATTACHMENT 6

## MONTHLY TAX REPORT

Name of Debtor: <u>WSG Coral Springs LP</u>   Case Number: <u>6:12-BK-15882-KSJ</u>

Reporting Period beginning: <u>11/26/2012</u>   and ending: <u>11/30/2012</u>

## TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Orange County Tax Collector | 2/28/13 | 10-22-30-0000-00013 | $2,962.72 | | |
| Orange County Tax Collector | 2/28/13 | 22-22-31-8030-00001 | 32.74 | | |
| Orange County Tax Collector | 2/28/12 | 22-22-31-8030-00002 | 17.07 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL                              $3,012.53

MOR-16

<u>**ATTACHMENT 7**</u>

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

| Name of Debtor: | WSG Coral Springs LP | Case Number: | 6:12-BK-15882-KSJ |
|---|---|---|---|

| Reporting Period beginning: 11/26/2012 | and ending: | 11/30/12 |
|---|---|---|

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses of Officer or Owner incurred and for which detailed receipts are maintained in the accounting records

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attached a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Southern-Owners Insurance Co | 561-826-3851 | 402819 | General Liability | 12/14/13 | 12/13/13 |
| | | | | | |
| | | | | | |
| | | | | | |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐      Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

MOR-17

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) nonfinancial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____

MOR-18